NOTE — Reported at 395 N.E.2d 314.

COMMISSIONER, INDIANA STATE HIGHWAY DEPARTMENT *v.*
OMAR COLLINS.

[No. 2-378A90. Filed October 9, 1979. Rehearing granted December 29, 1980.
Transfer granted October 6, 1981.]

REPORTER'S NOTE:  This opinion is an opinion upon a Petition for Rehearing filed in response to an earlier decision in the cause rendered October 9, 1979. The original opinion was not for publication, but the opinion on Petition for Rehearing may be found at 413 N.E.2d 982. The Supreme Court accepted transfer and vacated the opinion of the Court of Appeals. That decision is reported at 426 N.E.2d 660.

---

1.  Bowen's certification as an Habitual Traffic Offender was not pursuant to IC 9-4-13-3(a)(3).